**Fill in this information to identify the case:**

Debtor 1     RENEE M PITRELLI

Debtor 2    
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)
(State)

Case number:    12-21058

Official Form 4100R
**Response to Final Cure Payment**                        10/15

According to Bankruptcy Rule 3002.1(g), the creditor response to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** Ditech Financial LLC            **Court Claim no. (if known):** 37

**Last 4 digits of any number you use to identify the debtor's account:** ****0046

**Property address:**    1201 ROSANNAH ST
                   Number       Street

                   ELLWOOD CITY, PA 16117
                   City                   State     Zip Code

### Part 2: Pre-petition Default Payments

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the response is:

### Part 3: Post-petition Mortgage Payment

*Check One:*

☒ Creditor agrees that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor is on:     12/1/2016
                                                              MM/ DD / YYYY

☐ Creditor states that the debtor(s) are not current on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this responses is:

    a. Total post-petition ongoing payments due:                                       (a)
    b. Total fees, charges, expenses, escrow, and costs outstanding:            (b)
       *(Outstanding Extension Interest Balance)*
    **c. Total**. Add lines a and b.                                                                (c)
    Creditor asserts that the debtor(s) are contractually
    obligated for the post-petition payments that first became
    due on:
                                        MM / DD / YYYY

| Debtor 1 | RENEE M PITRELLI | | | Case number: 12-21058 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X   /s/ DEBRA JOHNSTONE                                Date: 8/3/2016
      Signature

Print:        DEBRA JOHNSTONE                          Title: BANKRUPTCY REPRESENTATIVE
              First Name    Middle Name    Last Name

Company       Ditech Financial LLC

Address       1400 Turbine Drive Suite 200
              Number        Street

              Rapid City        SD              57701
              City              State           ZIP Code

Contact phone:                                         Email: debra.johnstone@ditech.com
(888) 298-7785

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

IN RE:  RENEE PITRELLI                                  NO. 12-21058

## CERTIFICATE OF SERVICE

I, Debra Johnstone, do hereby certify that I have served a true and correct copy of the **Response to Notice of Final Cure** filed by Ditech Financial LLC on 8/3/2016 via ECF notification service to

Edgardo D. Santillan  ;  edscourt@debtlaw.com

Ronda J. Winnecour  ;  cmecf@chapter13trusteewdpa.com

and USPS mail to debtor:

Renee M Pitrelli ; 1201 Rosannah Street    Ellwood City, PA 16117


DATED:  This the 3rd day of August, 2016.


/s/  Debra Johnstone


Debra Johnstone
Bankruptcy Specialist
Ditech Financial LLC
P.O. Box 6154
Rapid City, SD 57703

# Delaware

## The First State

PAGE 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"DITECH MORTGAGE CORP", A CALIFORNIA CORPORATION,

"DT HOLDINGS LLC", A DELAWARE LIMITED LIABILITY COMPANY,

WITH AND INTO "GREEN TREE SERVICING LLC" UNDER THE NAME OF "GREEN TREE SERVICING LLC", A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE THIRTEENTH DAY OF AUGUST, A.D. 2015, AT 1:35 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE THIRTY-FIRST DAY OF AUGUST, A.D. 2015, AT 12:05 O'CLOCK A.M.

*Jeffrey W. Bullock, Secretary of State*

AUTHENTICATION: 2641973

DATE: 08-13-15

2458190  8100M

151168309

You may verify this certificate online at corp.delaware.gov/authver.shtml

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 01:35 PM 08/13/2015*
*FILED 01:35 PM 08/13/2015*
*SRV 151168309 - 2458190 FILE*

# STATE OF DELAWARE
# CERTIFICATE OF MERGER

Pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act, the undersigned hereby executes the following Certificate of Merger:

**FIRST**: The surviving limited liability company is **Green Tree Servicing LLC**, a Delaware limited liability company, and the corporation and limited liability company being merged into this surviving limited liability company are:

> **DT Holdings LLC**, a Delaware limited liability company, and
> **Ditech Mortgage Corp**, a California corporation.

**SECOND:** The Agreement and Plan of Merger has been approved, adopted, certified, executed and acknowledged by each of the constituent corporations and limited liability companies pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act.

**THIRD:** The name of the surviving limited liability company is hereby amended to **Ditech Financial LLC**, a Delaware limited liability company (as such surviving entity, the "Surviving Limited Liability Company").

**FOURTH:** The mergers are to become effective as of 12:05 AM EDT on August 31, 2015.

**FIFTH:** The Agreement and Plan of Merger is on file at 3000 Bayport Drive, Suite 880, Tampa, FL 33607, the principal place of business of the Surviving Limited Liability Company.

**SIXTH:** A copy of the Agreement and Plan of Merger will be furnished by the Surviving Limited Liability Company on request, without cost, to any stockholder or member of the constituent corporations or limited liability companies, as applicable.

[The remainder of page intentionally left blank.]

**IN WITNESS WHEREOF,** said Surviving Limited Liability Company has caused this certificate to be signed by an authorized officer, the 4th day of August, 2015.

**GREEN TREE SERVICING LLC**

By: *[signature]*
Name: Wanda Lamb-Lindow
Title: Assistant Secretary

*[Certificate of Merger]*