### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Renee M Pitrelli <br>       <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 12-21058 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

   Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: BAC)

                                       Respectfully submitted,

                                       **/s/ James C. Warmbrodt, Esquire**
                                       James C. Warmbrodt, Esquire
                                       jwarmbrodt@kmllawgroup.com
                                       Attorney I.D. No. 42524
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106
                                       Phone: 215-825-6306
                                       Fax: 215-825-6406
                                       Attorney for Movant/Applicant