**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>RENEE M PITRELLI | Case No. 12-21058JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>RJM ACQUISITIONS LLC*++ | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

THE CREDITOR'S ADDRESS FOR PAYMENTS AS LISTED ON THE DEBTORS' SCHEDULES IS DEFUNCT ACCORDING TO THE POSTAL SERVICE. NO CHANGE OF ADDRESS HAS BEEN FILED.

| | |
|---|---|
| RJM ACQUISITIONS LLC*++<br>575 UNDERHILL BLVD STE 224<br>SYOSSET, NY 11791 | Court claim# 24/Trustee CID# 47 |

The Movant further certifies that on 01/12/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET |
| cc: debtor(s)<br>   original creditor<br>   putative creditor<br>   counsel for debtor(s)<br>   counsel for the creditor(s) (if known) | SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>RENEE M PITRELLI, 1201 ROSANNAH STREET, ELLWOOD CITY, PA  16117 | DEBTOR'S COUNSEL:<br>EDGARDO D SANTILLAN ESQ, PROSTKO & SANTILLAN LLC, 775 FOURTH ST, BEAVER, PA  15009 |
| ORIGINAL CREDITOR:<br>RJM ACQUISITIONS LLC*++, 575 UNDERHILL BLVD STE 224, SYOSSET, NY  11791<br><br>NEW CREDITOR: | |