# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

01/12/2017

IN RE:

RENEE M PITRELLI                                Case No.12-21058 JAD
1201 ROSANNAH STREET
ELLWOOD CITY,  PA  16117                        Chapter 13
XXX-XX-6442          Debtor(s)

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/12/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **GREEN TREE** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| POB 0049 | Court Claim Number:37-3 | ACCOUNT NO.:  1090 |
| | CLAIM:  0.00 | |
| PALATINE, IL  60055-0049 | COMMENT:  PMT/DECL*DK4PMT-LMT*AMD*FR BANK OF AMERICA-DOC 62 | |

| | | |
|---|---|---|
| **BEAVER COUNTY TAX CLAIM BUREAU**** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| BEAVER COUNTY COURTHOUSE | Court Claim Number:7 | ACCOUNT NO.:  22-001-0126-000-01-1;09-10 |
| 810 3RD ST | | |
| | CLAIM:  0.00 | |
| BEAVER, PA  15009-2194 | COMMENT:  SURR/AMD PL*1175.60/CL*W 52,53,54 | |

| | | |
|---|---|---|
| **CITIMORTGAGE(*)** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 688971 | Court Claim Number:31 | ACCOUNT NO.:  1341 |
| | CLAIM:  43,647.31 | |
| DES MOINES, IA  50368-8971 | COMMENT:  MTG AVD/STIP*2ND | |

| | | |
|---|---|---|
| **FNB CONSUMER DISCOUNT CO**** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| 2052 W STATE ST | Court Claim Number: | ACCOUNT NO.:  50360101 |
| | CLAIM:  0.00 | |
| NEW CASTLE, PA  16101 | COMMENT:  SURR/PL*NT ADR/SCH | |

| | | |
|---|---|---|
| **ADVANTAGE ASSETS II INC** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 7322 SOUTHWEST FREEWAY STE 1600 | Court Claim Number:5 | ACCOUNT NO.:  2247 |
| | CLAIM:  1,426.39 | |
| HOUSTON, TX  77074 | COMMENT:  JUDGMENT/SCH | |

| | | |
|---|---|---|
| **ALLIED ADJUSTORS INC** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 845 23RD ST | Court Claim Number: | ACCOUNT NO.:  D222020NI |
| | CLAIM:  0.00 | |
| ALIQUIPPA, PA  15001 | COMMENT:  BRIGHTON RADIOLOGY | |

| | | |
|---|---|---|
| **ALLIED ADJUSTORS INC** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 845 23RD ST | Court Claim Number: | ACCOUNT NO.:  D222019N1 |
| | CLAIM:  0.00 | |
| ALIQUIPPA, PA  15001 | COMMENT:  BRIGHTON RADIOLOGY | |

| | | |
|---|---|---|
| **ALLIED ADJUSTORS** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 1006 | Court Claim Number:11 | ACCOUNT NO.:  219029 |
| | CLAIM:  279.00 | |
| ALIQUIPPA, PA  15001 | COMMENT:  BRIGHTON RADIOLOGY | |

| | | |
|---|---|---|
| **ASSET ACCEPTANCE CORP** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 2036 | Court Claim Number: | ACCOUNT NO.:  41240558 |
| | CLAIM:  0.00 | |
| WARREN, MI  48090 | COMMENT:  BRITISH PETROLEUM PRIVATE | |

| | | |
|---|---|---|
| **ASSET ACCEPTANCE CORP** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 2036 | Court Claim Number: | ACCOUNT NO.:  41592539 |
| | CLAIM:  0.00 | |
| WARREN, MI  48090 | COMMENT:  WFNNB~FASHION BUG | |

| ASSET ACCEPTANCE CORP | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 2036 | Court Claim Number: | ACCOUNT NO.: 40304318 |
| | CLAIM: 0.00 | |
| WARREN, MI 48090 | COMMENT: WFNNB BRYLANE HOME | |

| ASSET ACCEPTANCE CORP | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 2036 | Court Claim Number: | ACCOUNT NO.: 40640828 |
| | CLAIM: 0.00 | |
| WARREN, MI 48090 | COMMENT: WFNNB DRESS BARN | |

| ASSET ACCEPTANCE CORP | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 2036 | Court Claim Number: | ACCOUNT NO.: 385967518 |
| | CLAIM: 0.00 | |
| WARREN, MI 48090 | COMMENT: WFNNB CHADWICKS | |

| CAINE AND WEINER | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 65 BIC DR | Court Claim Number: | ACCOUNT NO.: 50455652 |
| | CLAIM: 0.00 | |
| MILFORD, CT 06460 | COMMENT: NT ADR/SCH~UNITED REFINING | |

| CAVALRY PORTFOLIO SERVICES LLC - ASSIGN | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 27288 | Court Claim Number:12 | ACCOUNT NO.: 4118 |
| | CLAIM: 14,489.65 | |
| TEMPE, AZ 85282 | COMMENT: WASHINGTON MUTUAL-CHASE | |

| CAPITAL ONE BANK NA** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O AMERICAN INFOSOURCE LP - AGENT | Court Claim Number:14 | ACCOUNT NO.: 9076 |
| POB 71083 | | |
| | CLAIM: 13,093.24 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: | |

| OAK HARBOR CAPITAL IV LLC | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O WEINSTEIN & RILEY PS | Court Claim Number:13 | ACCOUNT NO.: 6585 |
| PO BOX 3978 | | |
| | CLAIM: 4,649.08 | |
| SEATTLE, WA 98124-3978 | COMMENT: CAPITAL ONE | |

| CORTRUST BANK | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 7010 | Court Claim Number: | ACCOUNT NO.: 5436682001083953 |
| | CLAIM: 0.00 | |
| MITCHELL, SD 57301 | COMMENT: NT ADR/SCH~CCS | |

| OAK HARBOR CAPITAL IV LLC | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O WEINSTEIN & RILEY PS | Court Claim Number:15 | ACCOUNT NO.: 6052 |
| PO BOX 3978 | | |
| | CLAIM: 7,336.57 | |
| SEATTLE, WA 98124-3978 | COMMENT: CITIBANK | |

| DEPARTMENT STORES NATIONAL BANK/MACYS | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O NCO FINANCIAL SYSTEMS INC | Court Claim Number:6 | ACCOUNT NO.: 3448 |
| PO BOX 4275 | | |
| | CLAIM: 278.76 | |
| NORCROSS, GA 30091 | COMMENT: 4251299344820/SCH | |

| FIDELITY PROPERTIES | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 2055 | Court Claim Number: | ACCOUNT NO.: 2716289 |
| | CLAIM: 0.00 | |
| ALLIANCE, OH 44601 | COMMENT: ADVANCED ANESTHESIA | |

| PREMIER BANKCARD/CHARTER | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O CSI | Court Claim Number:23 | ACCOUNT NO.: 5855 |
| POB 2208 | | |
| | CLAIM: 575.54 | |
| VACAVILLE, CA 95696 | COMMENT: 5178007979285855/SCH | |

| PREMIER BANKCARD/CHARTER | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O CSI | Court Claim Number:22 | ACCOUNT NO.: 0657 |
| POB 2208 | | |
| | CLAIM: 438.02 | |
| VACAVILLE, CA 95696 | COMMENT: 5178007705870657 | |

| FNB CONSUMER DISCOUNT CO** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 2052 W STATE ST | Court Claim Number: | ACCOUNT NO.: 50462601 |
| | CLAIM: 0.00 | |
| NEW CASTLE, PA 16101 | COMMENT: NT ADR/SCH | |

| PRA/PORTFOLIO RECOVERY ASSOC | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 12914 | Court Claim Number:30 | ACCOUNT NO.: 5429 |
| | CLAIM: 797.74 | |
| NORFOLK, VA 23541 | COMMENT: 649691100509077/SCH*QVC | |

| GINNYS | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O CREDITORS BANKRUPTCY SVC* | Court Claim Number: | ACCOUNT NO.: 810898277357O |
| PO BOX 800849 | | |
| | CLAIM: 0.00 | |
| DALLAS, TX 75380 | COMMENT: SWISS COLONY | |

| JEFFERSON CAPITAL SYSTEMS LLC* | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 772813 | Court Claim Number: | ACCOUNT NO.: 2706372120003 |
| | CLAIM: 0.00 | |
| CHICAGO, IL 60677-2813 | COMMENT: TRIBUTE | |

| JEFFERSON CAPITAL SYSTEMS LLC* | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 772813 | Court Claim Number:17 | ACCOUNT NO.: 2956 |
| | CLAIM: 378.85 | |
| CHICAGO, IL 60677-2813 | COMMENT: SALUTE~6003/SCH*COMPUCREDIT CORP | |

| MIDLAND CREDIT MANAGEMENT INC | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 2365 NORTHSIDE DR STE 300 | Court Claim Number:4 | ACCOUNT NO.: 1274 |
| | CLAIM: 9,717.46 | |
| SAN DIEGO, CA 92108 | COMMENT: BANK OF AMERICA*FIA CARD SVC | |

| LVNV FUNDING LLC, ASSIGNEE | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:34 | ACCOUNT NO.: 7716 |
| POB 10587 | | |
| | CLAIM: 1,077.21 | |
| GREENVILLE, SC 29603-0587 | COMMENT: HSBC BANK NV | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:36<br><br>CLAIM: 392.50<br>COMMENT: HSBC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1538 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:35<br><br>CLAIM: 484.42<br>COMMENT: GE CAP WAL MART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8764 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>2365 NORTHSIDE DR STE 300<br><br>SAN DIEGO, CA 92108 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 1,143.53<br>COMMENT: GE MONEY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2154 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>2365 NORTHSIDE DR STE 300<br><br>SAN DIEGO, CA 92108 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 1,034.39<br>COMMENT: TARGET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1679 |
| **MIDNIGHT VELVET**<br>C/O CREDITORS BANKRUPTCY SERVICE*<br>PO BOX 800849<br><br>DALLAS, TX 75380 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:27<br><br>CLAIM: 282.81<br>COMMENT: 810898277355O/SCH~SWISS COLONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7550 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:20-3<br><br>CLAIM: 213.87<br>COMMENT: THINKCASH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7265 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:19<br><br>CLAIM: 338.64<br>COMMENT: 4046140014352373/SCH~HSBC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6456 |
| **NATIONAL SERVICE BUREAU++**<br>18820 AURORA AVE N STE 205<br><br>SEATTLE, WA 98133 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1827160 |
| **NCO FINANCIAL SYSTEMS INC(*)**<br>507 PRUDENTIAL RD<br><br>HORSHAM, PA 19044 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH~COLUMBIA GAS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 740984885 |
| **NCO FINANCIAL SYSTEMS INC(*)**<br>507 PRUDENTIAL RD<br><br>HORSHAM, PA 19044 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: MAGEE WOMENS HOSP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 74223652 |

| **NCO FINANCIAL SYSTEMS INC(*)** | Trustee Claim Number:41 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 507 PRUDENTIAL RD | Court Claim Number: | ACCOUNT NO.: 000000137038 |
| | CLAIM: 0.00 | |
| HORSHAM, PA 19044 | COMMENT: NT ADR/SCH~ELLWOOD CITY ER PHYS | |

| **PENN CREDIT CORP** | Trustee Claim Number:42 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 988* | Court Claim Number: | ACCOUNT NO.: 727077960 |
| | CLAIM: 0.00 | |
| HARRISBURG, PA 17108 | COMMENT: DIRECT BRANDS | |

| **PITTSBURGH CENTRAL FCU**** | Trustee Claim Number:43 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 658 | Court Claim Number: | ACCOUNT NO.: 82819000001 |
| | CLAIM: 0.00 | |
| CANONSBURG, PA 15317 | COMMENT: | |

| **PLAINS COMMERCE BANK*** | Trustee Claim Number:44 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 90340 | Court Claim Number: | ACCOUNT NO.: 4317320080345186 |
| | CLAIM: 0.00 | |
| SIOUX FALLS, SD 57109 | COMMENT: | |

| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:45 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 12914 | Court Claim Number:29 | ACCOUNT NO.: 9025 |
| | CLAIM: 2,097.18 | |
| NORFOLK, VA 23541 | COMMENT: CITIFIN-ROOMFUL EXPRESS | |

| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:46 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 12914 | Court Claim Number:28 | ACCOUNT NO.: 1221 |
| | CLAIM: 1,237.11 | |
| NORFOLK, VA 23541 | COMMENT: GE MONEY BANK*LOWES | |

| **RJM ACQUISITIONS LLC*++** | Trustee Claim Number:47 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 575 UNDERHILL BLVD STE 224 | Court Claim Number:24 | ACCOUNT NO.: 7960 |
| | CLAIM: 79.72 | |
| SYOSSET, NY 11791 | COMMENT: DOUBLEDAY BOOK CLUB*NTC-RSV | |

| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:48 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 772813 | Court Claim Number:16 | ACCOUNT NO.: 8574 |
| | CLAIM: 624.21 | |
| CHICAGO, IL 60677-2813 | COMMENT: COMPUCREDIT/TRIBUTE | |

| **TRS RECOVERY SVCS** | Trustee Claim Number:49 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 60022 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| CITY OF INDUSTRY, CA 91716 | COMMENT: BORO OF ELLWOOD CITY | |

| **MIDLAND CREDIT MANAGEMENT INC** | Trustee Claim Number:50 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 2365 NORTHSIDE DR STE 300 | Court Claim Number:2 | ACCOUNT NO.: 7418 |
| | CLAIM: 229.34 | |
| SAN DIEGO, CA 92108 | COMMENT: 7247589471100/SCH*VERIZON | |

| | | |
|---|---|---|
| **MIDLAND CREDIT MANAGEMENT INC** | Trustee Claim Number:51 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 2365 NORTHSIDE DR STE 300 | Court Claim Number:18 | ACCOUNT NO.: 0470 |
| | CLAIM: 123.77 | |
| SAN DIEGO, CA 92108 | COMMENT: 7247589471993/SCH*VERIZON | |

| | | |
|---|---|---|
| **BEAVER COUNTY TAX CLAIM BUREAU**\*\* | Trustee Claim Number:52 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| BEAVER COUNTY COURTHOUSE | Court Claim Number:8 | ACCOUNT NO.: 22-001-0226-000-01-1;10 |
| 810 3RD ST | | |
| | CLAIM: 0.00 | |
| BEAVER, PA 15009-2194 | COMMENT: SURR/PL*98.46/CL*SCH@2*W 2,53,54 | |

| | | |
|---|---|---|
| **BEAVER COUNTY TAX CLAIM BUREAU**\*\* | Trustee Claim Number:53 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| BEAVER COUNTY COURTHOUSE | Court Claim Number:9 | ACCOUNT NO.: 22-001-0233.000-01-1;09-10 |
| 810 3RD ST | | |
| | CLAIM: 0.00 | |
| BEAVER, PA 15009-2194 | COMMENT: SURR/PL*1183.66/CL*SCH@2*W 2,52,54 | |

| | | |
|---|---|---|
| **BEAVER COUNTY TAX CLAIM BUREAU**\*\* | Trustee Claim Number:54 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| BEAVER COUNTY COURTHOUSE | Court Claim Number:10 | ACCOUNT NO.: 22-001-0433-000-01-1;09-10 |
| 810 3RD ST | | |
| | CLAIM: 0.00 | |
| BEAVER, PA 15009-2194 | COMMENT: SURR/PL*1292.49/CL*SCH@2*W 2,52,53 | |

| | | |
|---|---|---|
| **GREEN TREE** | Trustee Claim Number:55 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| POB 0049 | Court Claim Number:37-3 | ACCOUNT NO.: 1090 |
| | CLAIM: 11,044.86 | |
| PALATINE, IL 60055-0049 | COMMENT: CL 37-3 ARRS GOV*12021.36/PL*AMD*FR BANK OF AMERICA-DOC 62 | |

| | | |
|---|---|---|
| **RJM ACQUISITIONS LLC**\*++ | Trustee Claim Number:56 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 575 UNDERHILL BLVD STE 224 | Court Claim Number:25 | ACCOUNT NO.: 0425 |
| | CLAIM: 57.88 | |
| SYOSSET, NY 11791 | COMMENT: NT/SCH*NTC-RSV | |

| | | |
|---|---|---|
| **SEVENTH AVENUE** | Trustee Claim Number:57 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O CREDITORS BANKRUPTCY SVC* | Court Claim Number:26 | ACCOUNT NO.: 7570 |
| PO BOX 800849 | | |
| | CLAIM: 380.55 | |
| DALLAS, TX 75380 | COMMENT: NT/SCH | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC BY AMERICAN INFOSOI** | Trustee Claim Number:58 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:32 | ACCOUNT NO.: 1100 |
| | CLAIM: 161.76 | |
| HOUSTON, TX 77210-4457 | COMMENT: NT/SCH*FR VERIZON*DOC 57 | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC BY AMERICAN INFOSOI** | Trustee Claim Number:59 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:33 | ACCOUNT NO.: 6510 |
| | CLAIM: 123.16 | |
| HOUSTON, TX 77210-4457 | COMMENT: NT/SCH*FR VERIZON WIRELESS*DOC 56 | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC**\* | Trustee Claim Number:61 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:21 | ACCOUNT NO.: 2373 |
| | CLAIM: 322.25 | |
| CHICAGO, IL 60677-2813 | COMMENT: NT/SCH*HSBC*NAT'NL CREDIT ADJ | |