IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 12-21058-JAD |
| ) | |
| RENEE M. PITRELLI ) | Chapter 13 |
| Debtor ) | |
| ****************************** ) | Document No. 92 |
| RENEE M. PITRELLI ) | |
| ) | |
| Movant, ) | |
| vs. ) | |
| ) | |
| ADVANTAGE ASSETS II INC. ) | |
| Respondent. ) | |

## ORDER OF COURT

AND NOW, this _22nd_ day of _Feb_____, 2017, upon consideration of the Debtor's Motion to Avoid Lien, it is hereby Ordered that the Motion is granted and that the judgment of Advantage Assets II Inc., entered in the Court of Common Pleas of Beaver County, Pennsylvania, at Case Number 2010-12987 in the amount of $1,231.12, plus costs and interest, is hereby avoided as a lien against the Debtor's personal property and Debtor's residence and/or real estate located at 1201 Rosannah Street, Ellwood City, PA 16117 and shall not attach to, encumber, or be paid by/through any future financing by the Debtor. Said judgment shall not become a lien on any after acquired property by the Debtor.

Advantage Assets II Inc. shall cooperate with the Debtor in taking all necessary steps to remove any record of the lien.

BY THE COURT:

_____
Jeffery A. Deller, Chief Judge
United States Bankruptcy Court

FILED
2/22/17 2:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                          Case No. 12-21058-JAD
Renee M Pitrelli                                                Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr               Page 1 of 1          Date Rcvd: Feb 22, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2017.
db             +Renee M Pitrelli,    1201 Rosannah Street,    Ellwood City, PA 16117-4022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Edgardo D. Santillan    on behalf of Debtor Renee M Pitrelli eds@debtlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
              Edgardo D. Santillan    on behalf of Plaintiff Renee  Pitrelli eds@debtlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
              Gary J. Gaertner    on behalf of Defendant    CitiMortgage, Inc. pawb@fedphe.com,
               james.prostko@phelanhallinan.com;garygaertner@gmail.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Defendant    CitiMortgage, Inc. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jerome B. Blank    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 10