IN THE UNITED STATES BANKRUPTCY COURT
Pennsylvania Western District

**DEFAULT O/E JAD**

In Re:

Renee M Pitrelli

DEBTOR
-------------------------------------
Edgardo Santillan

APPLICANT

vs.

NO RESPONDENT

Case Number: 12-21058-JAD

Chapter 13

Document No.  97
Hearing Date: April 5, 2017 @ 10:00a.m.

### ORDER OF COURT

AND NOW, to-wit, this 29th day of March, 2017, the **APPLICATION OF Edgardo Santillan FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR(S)** is approved for the total amount of **$6,875.00** for services rendered on behalf of the Debtor(s) for the period between February 14, 2012 through February 22, 2017, which represents $6,875.00 in attorney fees and $0.00 in costs.

The amount of $3,700.00 was paid from the initial retainer and Trustee distributions as part of the "no look" fees.

The plan dated November 1, 2012 provided for additional attorney's fees in the amount of $1,000.00 which was confirmed on June 10, 2013. The $1,000.00 shall be paid by the Chapter 13 Trustee in the next distribution from balance on hand,

The remaining balance of $2,175.00 shall be awarded in favor of Santillan Law Firm, PC and Edgardo D. Santillan, Esq.

FILED
3/29/17 1:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
U.S. Bankruptcy Court Judge
**Jeffery A. Deller**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Renee M Pitrelli
    Debtor

Case No. 12-21058-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Mar 29, 2017
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2017.
db          +Renee M Pitrelli,    1201 Rosannah Street,    Ellwood City, PA 16117-4022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2017 at the address(es) listed below:
           Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
            bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
           Edgardo D. Santillan    on behalf of Debtor Renee M Pitrelli ed@santillanlaw.com,
            edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
           Edgardo D. Santillan    on behalf of Plaintiff Renee   Pitrelli ed@santillanlaw.com,
            edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
           Gary J. Gaertner    on behalf of Defendant    CitiMortgage, Inc. pawb@fedphe.com,
            james.prostko@phelanhallinan.com;garygaertner@gmail.com
           James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
           James A. Prostko    on behalf of Defendant    CitiMortgage, Inc. pawb@fedphe.com,
            james.prostko@phelanhallinan.com
           Jerome B. Blank    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com
           Joseph P. Schalk    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com,
            joseph.schalk@phelanhallinan.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                        TOTAL: 10