# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

### Conciliation Conference:

| | |
|---|---|
| Debtor: | RENEE M PITRELLI |
| Case Number: | 12-21058-JAD    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, MAY 31, 2017 10:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | JEFF FURIS |
| Reporter / ECR: | N/A |

### Matter:

Motion To Dismiss filed by Ronda J. Winnecour, Chapter 13 Trustee
- Response Filed by Debtor on 5/16/17 at Doc # 107  [Due 5/16/2017]
R / M #:  103 / 0

### Appearances:

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR(S): Edgardo D. Santillan, Esq.
CREDITOR:

### Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
    ✓ For At Least  30  Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

FILED
5/31/17 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge