IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

RENEE M. PITRELLI,

        Debtor(s).

: Bankruptcy No. 12-21058JAD
:
:
: Chapter 13
:
:
:
: Document No. 103
:

## ORDER

**AND NOW**, this **31st** day of **May, 2017**, a hearing having been held on 5/31/2017 on the *Motion To Dismiss* filed by Ronda J. Winnecour, Chapter 13 Trustee at Document No. 103,

It is hereby **ordered** that the hearing on said matter is **continued** to **July 26, 2017**, at 10:00 AM in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.


sjk

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR TO SERVE:

Debtor
Debtor's Counsel
Ronda J. Winnecour, Esq., Chapter 13 Trustee
Office of the U.S. Trustee

FILED
5/31/17 3:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00021214

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Renee M Pitrelli
    Debtor

Case No. 12-21058-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2　　　User: gamr　　　Page 1 of 1　　　Date Rcvd: May 31, 2017
　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2017.
db　　　　　　+Renee M Pitrelli,　　1201 Rosannah Street,　　Ellwood City, PA 16117-4022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2017 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Edgardo D. Santillan    on behalf of Plaintiff Renee  Pitrelli ed@santillanlaw.com, edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
      Edgardo D. Santillan    on behalf of Debtor Renee M Pitrelli ed@santillanlaw.com, edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
      Gary J. Gaertner    on behalf of Defendant    CitiMortgage, Inc. pawb@fedphe.com, james.prostko@phelanhallinan.com;garygaertner@gmail.com
      James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      James A. Prostko    on behalf of Defendant    CitiMortgage, Inc. pawb@fedphe.com, james.prostko@phelanhallinan.com
      Jerome B. Blank    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com
      Joseph P. Schalk    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com, joseph.schalk@phelanhallinan.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Thomas  Song    on behalf of Creditor    Ditech Financial LLC thomas.song@phelanhallinan.com
                                                                                                      TOTAL: 11