**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

  RENEE M PITRELLI

Case No.12-21058JAD

  Debtor(s)

  Ronda J. Winnecour, Trustee

   Movant

Chapter 13

      vs.

  RENEE M PITRELLI

Document No. 113

  Respondents

---

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this   6th   day of June   , 2017, it is hereby ORDERED, ADJUDGED, and DECREED that,

Prospepity Home Mortgage
Attn: Payroll Manager
14501 George Carter Way
Chantilly,VA 20151

is hereby ordered to immediately terminate the attachment of the wages of RENEE M PITRELLI,

social security number XXX-XX-6442.   No future payments are to be sent to Ronda J.

Winnecour, Trustee on behalf of RENEE M PITRELLI.

FURTHER ORDERED:  n/a

BY THE COURT:

_____ jsf

UNITED STATES BANKRUPTCY JUDGE
 **JEFFERY A. DELLER**

cc: Debtor(s)
  Debtor(s) Attorney
  Debtor(s) Employer

FILED
6/6/17 9:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 12-21058-JAD
Renee M Pitrelli                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1              Date Rcvd: Jun 06, 2017
                              Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2017.
db             +Renee M Pitrelli,   1201 Rosannah Street,   Ellwood City, PA 16117-4022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2017                          Signature:   /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Edgardo D. Santillan    on behalf of Plaintiff Renee  Pitrelli ed@santillanlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
           s.myecfemail@gmail.com;r53999@notify.bestcase.com
          Edgardo D. Santillan    on behalf of Debtor Renee M Pitrelli ed@santillanlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
           s.myecfemail@gmail.com;r53999@notify.bestcase.com
          Gary J. Gaertner    on behalf of Defendant    CitiMortgage, Inc. pawb@fedphe.com,
           james.prostko@phelanhallinan.com;garygaertner@gmail.com
          James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Defendant    CitiMortgage, Inc. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Jerome B. Blank    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com
          Joseph P. Schalk    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com,
           joseph.schalk@phelanhallinan.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas  Song    on behalf of Creditor    Ditech Financial LLC thomas.song@phelanhallinan.com
                                                                                    TOTAL: 11