# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| RENEE M. PITRELLI, | : Bankruptcy No. 12-21058JAD |
| | : |
| Debtor(s). | : Chapter 13 |
| ************************************************ | : |
| | : Related to Document No. 103 |

## ORDER

**AND NOW**, this **20th** day of **July, 2017**, regarding the *Chapter 13 Trustee's Motion To Dismiss* filed at Document No. **103**,

It is hereby **ordered** that the continued hearing on said matter scheduled for July 26, 2017 is **cancelled and rescheduled** to **August 1, 2017**, at **10:00 AM** in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

_____ sjk
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR TO SERVE:**

Debtor
Debtor's Counsel
Ronda J. Winnecour, Esq., Chapter 13 Trustee
Office of the U.S. Trustee

FILED
7/20/17 2:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00021532

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Renee M Pitrelli  
    Debtor

Case No. 12-21058-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Jul 20, 2017  
                                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2017.  
db            +Renee M Pitrelli,    1201 Rosannah Street,    Ellwood City, PA 16117-4022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2017 at the address(es) listed below:  
         Andrew F Gornall     on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,  
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Edgardo D. Santillan     on behalf of Plaintiff Renee  Pitrelli ed@santillanlaw.com,  
          edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com  
         Edgardo D. Santillan     on behalf of Debtor Renee M Pitrelli ed@santillanlaw.com,  
          edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com  
         Gary J. Gaertner     on behalf of Defendant    CitiMortgage, Inc. pawb@fedphe.com,  
          james.prostko@phelanhallinan.com;garygaertner@gmail.com  
         James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
         James A. Prostko     on behalf of Defendant    CitiMortgage, Inc. pawb@fedphe.com,  
          james.prostko@phelanhallinan.com  
         Jerome B. Blank     on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com  
         Joseph P. Schalk     on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com,  
          joseph.schalk@phelanhallinan.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
         Thomas Song     on behalf of Creditor    Ditech Financial LLC thomas.song@phelanhallinan.com  
                                                                                                                    TOTAL: 11