IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| RENEE M. PITRELLI, | : | Bankruptcy No. <u>12-21058-JAD</u> |
| Debtor(s). | : | Chapter 13 |
| | : | Doc. #118 |
| **************************************************: | | |
| RONDA J. WINNECOUR, ESQUIRE, TRUSTEE, | : | |
| Movant(s), | : | |
| vs. | : | Related To Doc. #103 |
| RENEE M. PITRELLI, | : | |
| Respondent(s). | : | |

# ORDER

AND NOW, this **26th** day of **July, 2017**, IT APPEARS TO THE COURT THAT the movant has filed at **Doc. #118** a **Withdrawal Of Motion to Dismiss** in the above-captioned bankruptcy case.

IT IS HEREBY ORDERED that **Doc. # 103 IS DENIED AS WITHDRAWN**.

IT IS FURTHER ORDERED THAT the Hearing scheduled on **Doc. # 103** - **Motion To Dismiss** for **August 1, 2017**, at **10:00 AM** at **Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219 IS HEREBY CANCELLED**.

_____ jsf
**JEFFERY A. DELLER**
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR TO MAIL:**
cc:  Debtor
     Edgardo D. Santillian, Esq.
     Ronda J. Winnecour, Esq.
     Office of the U.S. Trustee

FILED
7/26/17 12:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00012121

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Renee M Pitrelli  
    Debtor

Case No. 12-21058-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Jul 26, 2017  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2017.  
db          +Renee M Pitrelli,   1201 Rosannah Street,   Ellwood City, PA 16117-4022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Edgardo D. Santillan    on behalf of Plaintiff Renee  Pitrelli ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan    on behalf of Debtor Renee M Pitrelli ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
              Gary J. Gaertner    on behalf of Defendant    CitiMortgage, Inc. pawb@fedphe.com,
               james.prostko@phelanhallinan.com;garygaertner@gmail.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Defendant    CitiMortgage, Inc. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jerome B. Blank    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    Ditech Financial LLC thomas.song@phelanhallinan.com
                                                                                             TOTAL: 11
```