SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:   1.  Intake Clerk *

      2.  Case Administrator

UC

FROM:   Financial Administrator

DATE: __8/11/2017__

CASE NAME: __Pitrelli__

CASE NUMBER: __12-21058-JAD__

Check Number __1046932__ in the amount of $ __3.09__ was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: __13091__          Intake Clerk's Initials __MF__

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**

08/03/2017

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA  15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA  16501 |

Re: RENEE M PITRELLI

Case No: 12-21058JAD

Dear Mr. Rhodes:

    I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Rjm Acquisitions Llc*++
575 Underhill Blvd Ste 224
Syosset,NY 11791

CHECK NUMBER 1046932     AMOUNT $3.09

    The disbursement(s) was returned to the Trustee for the following reason:

Creditor is on Global Reserve

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough<br>
Administrative Assistant<br>
for Ronda J. Winnecour, Esq.<br>
Chapter 13 Trustee

CC:EDGARDO D SANTILLAN ESQ
RENEE M PITRELLI

Rjm Acquisitions Llc*++