Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | **RENEE M PITRELLI** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number: | **12-21058JAD** |

## Form 4100N
# Notice of Final Cure Payment                                          10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

**Part 1:   Mortgage Information**

**Name of creditor:**   GREEN TREE

**Court claim no.** (if known):   37-3

**Last 4 digits** of any number you use to identify the debtor's account   1  0  9  0

**Property Address:**   1201 ROSANNAH ST
ELWOOD CITY 16117

**Part 2:   Cure Amount**

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---|
| a.  Allowed prepetition arrearage: | (a) $ | 11,044.86 |
| b.  Prepetition arrearage paid by the trustee: | (b) $ | 11,044.86 |
| c.  Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d.  Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e.  Allowed postpetition arrearage: | (e) $ | 0.00 |
| f.  Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g.  **Total.** Add lines b, d, and f. | (g) $ | 11,044.86 |

**Part 3:   Postpetition Mortgage Payment**

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment                                      $      $591.00

The next postpetition payment is due on     6 / 1 / 2017
                                             MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **RENEE M PITRELLI** | Case number *(if known)* | **12-21058JAD** |
|---|---|---|---|
| | Name | | |

---

| **Part 4:** | **A Response Is Required By Bankruptcy Rule 3002.1(g)** |
|---|---|

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

**x** /s/ Ronda J. Winnecour                          Date    08/16/2017
Signature

| Trustee | Ronda J. Winnecour |
|---|---|

| Address | CHAPTER 13 TRUSTEE WD PA |
|---|---|
| | 600 GRANT STREET |
| | SUITE 3250 US STEEL TWR |
| | PITTSBURGH, PA  15219 |

Contact phone   (412) 471-5566                    Email   cmecf@chapter13trusteewdpa.com

| Debtor 1 | **RENEE M PITRELLI** | | Case number *(if known)* | **12-21058JAD** |
|---|---|---|---|---|
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 02/25/2013 | 0832005 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 132.37 |
| 03/26/2013 | 0836148 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 186.89 |
| 04/24/2013 | 0840232 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 588.22 |
| 05/30/2013 | | BANK OF AMERICA(*) | CREDITOR REFUND/PRINCIPLE | -588.22 |
| 06/25/2013 | 0849526 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 893.66 |
| 07/25/2013 | 0853720 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 187.10 |
| 08/27/2013 | 0857906 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 1,025.98 |
| 09/26/2013 | 0862046 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 644.60 |
| 10/25/2013 | 0866151 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 245.75 |
| 11/22/2013 | 0870236 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 245.75 |
| 12/23/2013 | 0874260 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 245.75 |
| 01/28/2014 | 0878304 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 637.28 |
| 05/28/2014 | 0894691 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 107.30 |
| 06/25/2014 | 0898735 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 245.73 |
| 07/24/2014 | 0902863 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 245.73 |
| 08/26/2014 | 0906919 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 245.73 |
| 09/29/2014 | 0911036 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 637.26 |
| 10/29/2014 | 0915104 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 245.55 |
| 11/24/2014 | 0919208 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 245.73 |
| 12/22/2014 | 0923835 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 245.73 |
| 01/27/2015 | 0927824 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 245.73 |
| 02/24/2015 | 0931947 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 245.73 |
| 03/26/2015 | 0935993 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 245.73 |
| 04/24/2015 | 0940117 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 245.73 |
| 07/28/2015 | 0952306 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 754.23 |
| 08/26/2015 | 0956384 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 238.42 |
| 09/28/2015 | 0960332 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 238.42 |
| 10/26/2015 | 0964246 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 241.67 |
| 11/24/2015 | 0968400 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 241.67 |
| 12/22/2015 | 0972450 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 241.67 |
| 01/26/2016 | 0976446 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 241.67 |
| 02/24/2016 | 0980425 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 241.67 |
| 03/28/2016 | 0984439 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 241.67 |
| 04/22/2016 | 0988689 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 244.91 |
| 05/24/2016 | 0992632 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 244.91 |
| 06/27/2016 | 1001375 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 227.14 |
| | | | | 11,044.86 |
| | | | | |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 05/29/2012 | 0794135 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,050.89 |
| 06/27/2012 | 0798588 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 351.86 |
| 07/27/2012 | 0802916 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 627.51 |
| 08/30/2012 | 0807265 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 272.24 |
| 09/25/2012 | 0811488 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 272.43 |
| 10/29/2012 | 0815395 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 510.54 |
| 11/27/2012 | 0819550 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 515.93 |
| 12/21/2012 | 0823589 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 2,196.70 |
| 01/29/2013 | 0827699 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 730.08 |
| 02/25/2013 | 0832005 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 537.60 |
| 03/26/2013 | 0836148 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 537.60 |
| 05/23/2013 | 0844396 | BANK OF AMERICA(*) | AMOUNTS DISBURSED TO CREDITOR | 1,023.40 |
| 06/25/2013 | 0849526 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 07/25/2013 | 0853720 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 08/27/2013 | 0857906 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 09/26/2013 | 0862046 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 10/25/2013 | 0866151 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 11/22/2013 | 0870236 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 12/23/2013 | 0874260 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 01/28/2014 | 0878304 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 03/25/2014 | 0886479 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 128.57 |
| 04/25/2014 | 0890555 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 1,302.72 |
| 05/28/2014 | 0894691 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 718.03 |
| 06/25/2014 | 0898735 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |

| Debtor 1 | **RENEE M PITRELLI** | Case number *(if known)* | **12-21058JAD** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 07/24/2014 | 0902863 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 08/26/2014 | 0906919 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 09/29/2014 | 0911036 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 10/29/2014 | 0915104 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 11/24/2014 | 0919208 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 12/22/2014 | 0923835 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 01/27/2015 | 0927824 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 02/24/2015 | 0931947 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 03/26/2015 | 0935993 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 04/24/2015 | 0940117 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 06/23/2015 | 0948297 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 788.74 |
| 07/28/2015 | 0952306 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 823.25 |
| 08/26/2015 | 0956384 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 09/28/2015 | 0960332 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 10/26/2015 | 0964246 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 11/24/2015 | 0968400 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 12/22/2015 | 0972450 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 01/26/2016 | 0976446 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 02/24/2016 | 0980425 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 03/28/2016 | 0984439 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 04/22/2016 | 0988689 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 05/24/2016 | 0992632 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 06/27/2016 | 1001375 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 07/26/2016 | 1005342 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 08/26/2016 | 1009335 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 09/27/2016 | 1013356 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 537.33 |
| 10/26/2016 | 1017246 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 1,127.70 |
| 11/21/2016 | 1020613 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 591.00 |
| 12/21/2016 | 1023869 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 591.00 |
| 01/27/2017 | 1027313 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 591.00 |
| 02/24/2017 | 1030754 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 591.00 |
| 03/28/2017 | 1034173 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 591.00 |
| 04/21/2017 | 1037510 | GREEN TREE | AMOUNTS DISBURSED TO CREDITOR | 591.00 |
| | | | | 34,793.68 |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

RENEE M PITRELLI
1201 ROSANNAH STREET
ELLWOOD CITY, PA  16117

EDGARDO D SANTILLAN ESQ
PROSTKO & SANTILLAN LLC
775 FOURTH ST
BEAVER, PA  15009

GREEN TREE
POB 0049
PALATINE, IL  60055-0049

GREEN TREE **
BANKRUPTCY NOTICING SECTION**
POB 6154
RAPID CITY, SD  57709-6154

JAMES C WARMBRODT ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

8/16/17                                                   /s/ Renee Ward
                                                          _____
                                                          Administrative Assistant
                                                          Office of the Chapter 13 Trustee