**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Renee M Pitrelli**
Debtor(s)

Bankruptcy Case No.: 12–21058–JAD
Doc. #123
Chapter: 13
Docket No.: 124 – 123

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this 28th day of August, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/10/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **10/18/17 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/10/17.**

                                                         Jeffery A. Deller
                                                         United States Bankruptcy Judge

cm: **All Parties**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 12-21058-JAD
Renee M Pitrelli                                                    Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: skoz                   Page 1 of 3                    Date Rcvd: Aug 28, 2017
                              Form ID: 408                 Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.
db            +Renee M Pitrelli,    1201 Rosannah Street,    Ellwood City, PA 16117-4022
13313119      +Allied Adjustors,    P.O. Box 1006,    Aliquippa, PA 15001-0806
13313120      +Apothaker & Associates PC,    520 Fellowship Road,    C306,   Mount Laurel, NJ 08054-3410
13313122      +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
13507819       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13313123      +Beaver County Tax Claim Bureau,    Attn: Michael Kohlman,    810 3rd Street,
                Beaver, PA 15009-2139
13313129     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195)
13313124      +Caine & Weiner,   Po Box 5010,    Woodland Hills, CA 91365-5010
13342456       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13313127      +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                Salt Lake City, UT 84130-0285
13313128      +Ccs/cortrust Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
13396592       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13313130       Citimortgage, Inc.,    PO Box 183040,    Columbus, OH 43218-3040
13313131       Constar Financial Services, LLC,    3561 W Bell Road,    Phoenix, AZ 85053-2965
13329282      +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
13313132      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13313133      +Fidelity Properties In,    Po Box 2055,    Alliance, OH 44601-0055
13313134      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13313135      +Fnb Cons Disc Co,    103 N Jefferson Street,    New Castle, PA 16101-3904
13313137      +Ginnys/Swiss Colony,    1112 7th Ave,    Monroe, WI 53566-1364
13313139      +KML Law Group, P.C.,    Suite 5000 BNY Mellon Independence Ctr,    701 Market Street,
                Philadelphia, PA 19106-1538
13313140      +Lhr Inc,    56 Main St,    Hamburg, NY 14075-4905
13313143      +MIDNIGHT VELVET,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13313148      +NCO Financial Systems, Inc.,    100 Fleet Street, 3rd Floor,    Pittsburgh, PA 15220-2928
13313144      +National Credit Adjust,    Po Box 3023,    Hutchinson, KS 67504-3023
13313145      +National Ser,    18820 Aurora Avenu,    Shoreline, WA 98133-3900
13313149      +Northland Group, Inc.,    PO Box 390846,    Mail Code SQ21,    Edina, MN 55439-0846
13313150      +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
13313154      +Rjm Acq Llc,    575 Underhill Blvd.,    Suite 224,    Syosset, NY 11791-3416
13364216      +SEVENTH AVENUE,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13313155       Solace Financial,    c/o Citi,    File 749210,    Los Angeles, CA 90074-9210
13313156      +Tribute,    Pob 105555,    Atlanta, GA 30348-5555
13313158       Udren Law Offices, P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                Cherry Hill, NJ 08003-3620
13403031       VERIZON,    PO BOX 3037,    BLOOMINGTON, IL  61702-3037
13403043       VERIZON WIRELESS,    PO BOX 3397,    BLOOMINGTON, IL 61702-3397
13313159      +Verizon Pen,    Verizon Wireless Department/Attn: Bankru,    Po Box 3397,
                Bloomington, IL 61702-3397

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2017 01:29:58
                Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                Houston, TX  77210-4457
13313118      +E-mail/Text: ebn@ltdfin.com Aug 29 2017 01:23:20        Advantage Assets II, Inc.,
                7322 Southwest Freeway,    Suite 1600,    Houston TX 77074-2134
13313121      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 29 2017 01:23:44        Asset Acceptance Llc,
                Attn: Bankruptcy,    Po Box 2036,    Warren, MI 48090-2036
13313125      +E-mail/Text: bankruptcy@cavps.com Aug 29 2017 01:24:21        Calvary Portfolio Services,
                Attention: Bankruptcy Department,    500 Summit Lake Dr.,    Valhalla, NY 10595-1340
13313126      +E-mail/Text: cms-bk@cms-collect.com Aug 29 2017 01:23:19        Capital Management Services,
                726 Exchange St. Suite 700,    Buffalo, NY 14210-1464
13332802      +E-mail/Text: bankruptcy@cavps.com Aug 29 2017 01:24:21        Cavalry Portfolio Services, LLC,
                500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
13313136      +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2017 01:29:34        Gecrb/qvc,    Po Box 965005,
                Orlando, FL 32896-5005
13648903       E-mail/Text: bankruptcy.bnc@ditech.com Aug 29 2017 01:23:19        Green Tree Servicing LLC,
                PO Box 0049,    Palatine, IL 60055-0049
13313138       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 29 2017 01:24:16        Jefferson Capital,
                16 Mcleland Rd,    Saint Cloud, MN 56303
13345296       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 29 2017 01:24:16        Jefferson Capital Systems LLC,
                PO BOX 7999,    SAINT CLOUD MN 56302-9617
13411581       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:29:49
                LVNV Funding, LLC its successors and assigns as,    assignee of GE Capital,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13411580       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:29:48
                LVNV Funding, LLC its successors and assigns as,    assignee of HSBC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0315-2          User: skoz              Page 2 of 3              Date Rcvd: Aug 28, 2017
                              Form ID: 408            Total Noticed: 61

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13411583          E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:30:17
                  LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                  LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13313141         +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:29:45     Lvnv Funding Llc,
                  Po Box 740281,    Houston, TX 77274-0281
13313142         +E-mail/Text: bankruptcydpt@mcmcg.com Aug 29 2017 01:23:47    Midland Credit Management, Inc.,
                  2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13620026          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2017 01:30:33     Midland Funding LLC,
                  by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                  Houston, TX 77210-4457
13313147         +E-mail/Text: egssupportservices@egscorp.com Aug 29 2017 01:24:11     NCO Financial Systems,
                  Attention: Bankruptcy,    507 Prudential Rd,    Horsham, PA 19044-2308
13313146         +E-mail/Text: bankruptcydepartment@tsico.com Aug 29 2017 01:24:38     Nco Fin /99,
                  Po Box 15636,    Wilmington, DE 19850-5636
13339903         +E-mail/Text: bncmail@w-legal.com Aug 29 2017 01:24:11     OAK HARBOR CAPITAL IV, LLC,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13313153          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:49:04     Portfolio Rc,
                  Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13376059          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:30:33
                  Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13313151         +E-mail/Text: cfranzi@pghcentral.com Aug 29 2017 01:24:32     Pittsburgh Central Fcu,
                  2601 Wexford Bayne Rd,    Sewickley, PA 15143-4029
13313152         +E-mail/Text: bknotices@totalcardinc.com Aug 29 2017 01:23:49     Plains Commerce Bank,
                  5109 S Broadband Ln,    Sioux Falls, SD 57108-2208
13359991         +E-mail/Text: csidl@sbcglobal.net Aug 29 2017 01:24:27     Premier Bankcard/Charter,
                  P.O. Box 2208,    Vacaville, CA 95696-8208
13313157         +E-mail/Text: crwkflw@firstdata.com Aug 29 2017 01:24:29     TRS Recovery Services,
                  5251 Westheimer,    Houston, TX 77056-5416
                                                                                               TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A.
cr             CITIMORTGAGE, INC.
cr             Ditech Financial LLC
cr*            GREEN TREE SERVICING LLC,    PO BOX 0049,    PALATINE, IL 60055-0049
cr*            Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
               Houston, TX 77210-4457
13345297*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court:  Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-9617)
13356665*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court:  Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-9617)
13356666*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court:  Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-9617)
13356700*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court:  Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-9617)
13317907*     +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13620477*      Midland Funding LLC,    by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
               Houston, TX 77210-4457
13376887*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
13360256     ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                       TOTALS: 3, * 9, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2           User: skoz                Page 3 of 3              Date Rcvd: Aug 28, 2017
                               Form ID: 408              Total Noticed: 61
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Edgardo D. Santillan    on behalf of Debtor Renee M Pitrelli ed@santillanlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
           s.myecfemail@gmail.com;r53999@notify.bestcase.com
          Edgardo D. Santillan    on behalf of Plaintiff Renee  Pitrelli ed@santillanlaw.com,
           edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
           s.myecfemail@gmail.com;r53999@notify.bestcase.com
          Gary J. Gaertner    on behalf of Defendant    CitiMortgage, Inc. pawb@fedphe.com,
           james.prostko@phelanhallinan.com;garygaertner@gmail.com
          James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Defendant    CitiMortgage, Inc. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Jerome B. Blank    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com
          Joseph P. Schalk    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com,
           joseph.schalk@phelanhallinan.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas  Song    on behalf of Creditor    Ditech Financial LLC thomas.song@phelanhallinan.com
                                                                                             TOTAL: 11
```