**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RENEE M PITRELLI<br><br>　　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　　Movant<br>　　　　vs.<br>No Repondents. | Case No.:12-21058 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

| | |
|---|---|
| August 25, 2017 | /s/   Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 03/01/2012 and confirmed on 4/19/12. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 54,490.17 |
| Less Refunds to Debtor | 601.04 | |
| TOTAL AMOUNT OF PLAN FUND | | 53,889.13 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,700.00 | |
|    Trustee Fee | 1,934.97 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,634.97 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   GREEN TREE | 0.00 | 34,793.68 | 0.00 | 34,793.68 |
|     Acct: 1090 | | | | |
|   FNB CONSUMER DISCOUNT CO** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXX0101 | | | | |
|   GREEN TREE | 11,044.86 | 11,044.86 | 0.00 | 11,044.86 |
|     Acct: 1090 | | | | |
|   BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXX9-10 | | | | |
|   BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXX1;10 | | | | |
|   BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXX9-10 | | | | |
|   BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXX9-10 | | | | |
| | | | | 45,838.54 |
| **Priority** | | | | |
|   EDGARDO D SANTILLAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RENEE M PITRELLI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RENEE M PITRELLI | 601.04 | 601.04 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PROSTKO & SANTILLAN LLC** | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SANTILLAN LAW FIRM PC | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX2-17 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 3.09 | 3.09 | 0.00 | 3.09 |
|     Acct: XXXXXXXXXXXXXXX CLM | | | | |
| | | | | 3.09 |
| **Unsecured** | | | | |
|   CITIMORTGAGE(*) | 43,647.31 | 980.69 | 0.00 | 980.69 |
|     Acct: 1341 | | | | |
|   ADVANTAGE ASSETS II INC | 1,426.39 | 32.05 | 0.00 | 32.05 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 2247 | | | | |
|   ALLIED ADJUSTORS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX20NI | | | | |
|   ALLIED ADJUSTORS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX19N1 | | | | |
|   ALLIED ADJUSTORS | 279.00 | 6.27 | 0.00 | 6.27 |
| Acct: XX9029 | | | | |
|   ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX0558 | | | | |
|   ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX2539 | | | | |
|   ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX4318 | | | | |
|   ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX0828 | | | | |
|   ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX7518 | | | | |
|   CAINE AND WEINER++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX5652 | | | | |
|   CAVALRY PORTFOLIO SERVICES LLC - A | 14,489.65 | 325.56 | 0.00 | 325.56 |
| Acct: 4118 | | | | |
|   CAPITAL ONE BANK NA** | 13,093.24 | 294.19 | 0.00 | 294.19 |
| Acct: 9076 | | | | |
|   OAK HARBOR CAPITAL IV LLC | 4,649.08 | 104.45 | 0.00 | 104.45 |
| Acct: 6585 | | | | |
|   CORTRUST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX3953 | | | | |
|   OAK HARBOR CAPITAL IV LLC | 7,336.57 | 164.84 | 0.00 | 164.84 |
| Acct: 6052 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 278.76 | 6.26 | 0.00 | 6.26 |
| Acct: 3448 | | | | |
|   FIDELITY PROPERTIES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6289 | | | | |
|   PREMIER BANKCARD/CHARTER | 575.54 | 12.93 | 0.00 | 12.93 |
| Acct: 5855 | | | | |
|   PREMIER BANKCARD/CHARTER | 438.02 | 9.84 | 0.00 | 9.84 |
| Acct: 0657 | | | | |
|   FNB CONSUMER DISCOUNT CO** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX2601 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 797.74 | 17.93 | 0.00 | 17.93 |
| Acct: 5429 | | | | |
|   GINNYS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX357O | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX0003 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 378.85 | 8.51 | 0.00 | 8.51 |
| Acct: 2956 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 9,717.46 | 218.33 | 0.00 | 218.33 |
| Acct: 1274 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 1,077.21 | 24.20 | 0.00 | 24.20 |
| Acct: 7716 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 392.50 | 8.82 | 0.00 | 8.82 |
| Acct: 1538 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 484.42 | 10.88 | 0.00 | 10.88 |
| Acct: 8764 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 1,143.53 | 25.70 | 0.00 | 25.70 |
| Acct: 2154 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 1,034.39 | 23.24 | 0.00 | 23.24 |
| Acct: 1679 | | | | |
|   MIDNIGHT VELVET | 282.81 | 6.35 | 0.00 | 6.35 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 7550 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 213.87 | 4.81 | 0.00 | 4.81 |
| Acct: 7265 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 338.64 | 7.61 | 0.00 | 7.61 |
| Acct: 6456 | | | | |
| NATIONAL SERVICE BUREAU++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7160 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX4885 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX3652 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX7038 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX7960 | | | | |
| PITTSBURGH CENTRAL FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX0001 | | | | |
| PLAINS COMMERCE BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX5186 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,097.18 | 47.12 | 0.00 | 47.12 |
| Acct: 9025 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,237.11 | 27.80 | 0.00 | 27.80 |
| Acct: 1221 | | | | |
| RJM ACQUISITIONS LLC*++ | 79.72 | 0.00 | 0.00 | 0.00 |
| Acct: 7960 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 624.21 | 14.03 | 0.00 | 14.03 |
| Acct: 8574 | | | | |
| TRS RECOVERY SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 229.34 | 5.15 | 0.00 | 5.15 |
| Acct: 7418 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 123.77 | 2.78 | 0.00 | 2.78 |
| Acct: 0470 | | | | |
| RJM ACQUISITIONS LLC*++ | 57.88 | 0.00 | 0.00 | 0.00 |
| Acct: 0425 | | | | |
| SEVENTH AVENUE | 380.55 | 8.55 | 0.00 | 8.55 |
| Acct: 7570 | | | | |
| MIDLAND FUNDING LLC BY AMERICAN IN | 161.76 | 3.63 | 0.00 | 3.63 |
| Acct: 1100 | | | | |
| MIDLAND FUNDING LLC BY AMERICAN IN | 123.16 | 2.77 | 0.00 | 2.77 |
| Acct: 6510 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 322.25 | 7.24 | 0.00 | 7.24 |
| Acct: 2373 | | | | |
| THOMAS SONG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,412.53 |

TOTAL PAID TO CREDITORS                                              48,254.16

```
TOTAL
CLAIMED              3.09
PRIORITY        11,044.86
SECURED        107,511.91
```

Date: 08/25/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　RENEE M PITRELLI<br>　　　　　Debtor(s)<br><br>　　Ronda J. Winnecour<br>　　　　　Movant<br>　　　　vs.<br>　　No Repondents. | Case No.:12-21058 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 12-21058-JAD
Renee M Pitrelli                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: skoz              Page 1 of 3                Date Rcvd: Aug 28, 2017
                             Form ID: pdf900         Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.
```
db             +Renee M Pitrelli,    1201 Rosannah Street,    Ellwood City, PA 16117-4022
13313119       +Allied Adjustors,    P.O. Box 1006,    Aliquippa, PA 15001-0806
13313120       +Apothaker & Associates PC,    520 Fellowship Road,    C306,    Mount Laurel, NJ 08054-3410
13313122       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
13507819        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13313123       +Beaver County Tax Claim Bureau,    Attn: Michael Kohlman,    810 3rd Street,
                 Beaver, PA 15009-2139
13313129      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
13313124       +Caine & Weiner,    Po Box 5010,    Woodland Hills, CA 91365-5010
13342456        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13313127       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
13313128       +Ccs/cortrust Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
13396592        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13313130        Citimortgage, Inc.,    PO Box 183040,    Columbus, OH 43218-3040
13313131        Constar Financial Services, LLC,    3561 W Bell Road,    Phoenix, AZ 85053-2965
13329282       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13313132       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13313133       +Fidelity Properties In,    Po Box 2055,    Alliance, OH 44601-0055
13313134       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13313135       +Fnb Cons Disc Co,    103 N Jefferson Street,    New Castle, PA 16101-3904
13313137       +Ginnys/Swiss Colony,    1112  7th Ave,    Monroe, WI 53566-1364
13313139       +KML Law Group, P.C.,    Suite 5000 BNY Mellon Independence Ctr,    701 Market Street,
                 Philadelphia, PA 19106-1538
13313140       +Lhr Inc,    56 Main St,    Hamburg, NY 14075-4905
13313143       +MIDNIGHT VELVET,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13313148       +NCO Financial Systems, Inc.,    100 Fleet Street, 3rd Floor,    Pittsburgh, PA 15220-2928
13313144       +National Credit Adjust,    Po Box 3023,    Hutchinson, KS 67504-3023
13313145       +National Ser,    18820 Aurora Avenu,    Shoreline, WA 98133-3900
13313149       +Northland Group, Inc.,    PO Box 390846,    Mail Code SQ21,    Edina, MN 55439-0846
13313150       +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
13313154       +Rjm Acq Llc,    575 Underhill Blvd.,    Suite 224,    Syosset, NY 11791-3416
13364216       +SEVENTH AVENUE,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13313155        Solace Financial,    c/o Citi,    File 749210,    Los Angeles, CA 90074-9210
13313156       +Tribute,    Pob 105555,    Atlanta, GA 30348-5555
13313158        Udren Law Offices, P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
13403031        VERIZON,    PO BOX 3037,    BLOOMINGTON, IL  61702-3037
13403043        VERIZON WIRELESS,    PO BOX 3397,    BLOOMINGTON, IL 61702-3397
13313159       +Verizon Pen,    Verizon Wireless Department/Attn: Bankru,    Po Box 3397,
                 Bloomington, IL 61702-3397
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2017 01:40:01
                 Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
13313118       +E-mail/Text: ebn@ltdfin.com Aug 29 2017 01:23:20       Advantage Assets II, Inc.,
                 7322 Southwest Freeway,    Suite 1600,    Houston TX 77074-2134
13313121       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 29 2017 01:23:44       Asset Acceptance Llc,
                 Attn: Bankruptcy,    Po Box 2036,    Warren, MI 48090-2036
13313125       +E-mail/Text: bankruptcy@cavps.com Aug 29 2017 01:24:17       Calvary Portfolio Services,
                 Attention:  Bankruptcy Department,    500 Summit Lake Dr.,    Valhalla, NY 10595-1340
13313126       +E-mail/Text: cms-bk@cms-collect.com Aug 29 2017 01:23:19       Capital Management Services,
                 726 Exchange St. Suite 700,    Buffalo, NY 14210-1464
13332802       +E-mail/Text: bankruptcy@cavps.com Aug 29 2017 01:24:17       Cavalry Portfolio Services, LLC,
                 500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
13313136       +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2017 01:30:44       Gecrb/qvc,    Po Box 965005,
                 Orlando, FL 32896-5005
13648903        E-mail/Text: bankruptcy.bnc@ditech.com Aug 29 2017 01:23:19       Green Tree Servicing LLC,
                 PO Box 0049,    Palatine, IL 60055-0049
13313138        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 29 2017 01:24:14       Jefferson Capital,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
13345296        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 29 2017 01:24:14       Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13411581        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:29:47
                 LVNV Funding, LLC its successors and assigns as,    assignee of GE Capital,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13411580        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:29:42
                 LVNV Funding, LLC its successors and assigns as,    assignee of HSBC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0315-2              User: skoz                   Page 2 of 3                   Date Rcvd: Aug 28, 2017
                                  Form ID: pdf900              Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13411583          E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:30:16
                   LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                   LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13313141         +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:29:42     Lvnv Funding Llc,
                   Po Box 740281,    Houston, TX 77274-0281
13313142         +E-mail/Text: bankruptcydpt@mcmcg.com Aug 29 2017 01:23:47      Midland Credit Management, Inc.,
                   2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13620026          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2017 01:40:09      Midland Funding LLC,
                   by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                   Houston, TX 77210-4457
13313147         +E-mail/Text: egssupportservices@egscorp.com Aug 29 2017 01:24:09      NCO Financial Systems,
                   Attention: Bankruptcy,    507 Prudential Rd,    Horsham, PA 19044-2308
13313146         +E-mail/Text: bankruptcydepartment@tsico.com Aug 29 2017 01:24:35     Nco Fin /99,
                   Po Box 15636,    Wilmington, DE 19850-5636
13339903         +E-mail/Text: bncmail@w-legal.com Aug 29 2017 01:24:11     OAK HARBOR CAPITAL IV, LLC,
                   C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13313153          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:30:36      Portfolio Rc,
                   Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13376059          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:48:51
                   Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13313151         +E-mail/Text: cfranzi@pghcentral.com Aug 29 2017 01:24:32      Pittsburgh Central Fcu,
                   2601 Wexford Bayne Rd,    Sewickley, PA 15143-4029
13313152         +E-mail/Text: bknotices@totalcardinc.com Aug 29 2017 01:23:49     Plains Commerce Bank,
                   5109 S Broadband Ln,    Sioux Falls, SD 57108-2208
13359991         +E-mail/Text: csidl@sbcglobal.net Aug 29 2017 01:24:27     Premier Bankcard/Charter,
                   P.O. Box 2208,    Vacaville, CA 95696-8208
13313157         +E-mail/Text: crwkflw@firstdata.com Aug 29 2017 01:24:28     TRS Recovery Services,
                   5251 Westheimer,    Houston, TX 77056-5416
                                                                                              TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A.
cr             CITIMORTGAGE, INC.
cr             Ditech Financial LLC
cr*           +GREEN TREE SERVICING LLC,    PO BOX 0049,    PALATINE, IL 60055-0049
cr*            Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                Houston, TX 77210-4457
13345297*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court:   Jefferson Capital Systems LLC,     PO BOX 7999,
                SAINT CLOUD MN 56302-9617)
13356665*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court:   Jefferson Capital Systems LLC,     PO BOX 7999,
                SAINT CLOUD MN 56302-9617)
13356666*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court:   Jefferson Capital Systems LLC,     PO BOX 7999,
                SAINT CLOUD MN 56302-9617)
13356700*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court:   Jefferson Capital Systems LLC,     PO BOX 7999,
                SAINT CLOUD MN 56302-9617)
13317907*     +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13620477*      Midland Funding LLC,    by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                Houston, TX 77210-4457
13376887*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541)
13360256      ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                              TOTALS: 3, * 9, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2              User: skoz                    Page 3 of 3                   Date Rcvd: Aug 28, 2017
                                  Form ID: pdf900               Total Noticed: 61
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Edgardo D. Santillan    on behalf of Debtor Renee M Pitrelli ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan    on behalf of Plaintiff Renee  Pitrelli ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              Gary J. Gaertner    on behalf of Defendant    CitiMortgage, Inc. pawb@fedphe.com,
               james.prostko@phelanhallinan.com;garygaertner@gmail.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Defendant    CitiMortgage, Inc. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jerome B. Blank    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    Ditech Financial LLC thomas.song@phelanhallinan.com
                                                                                             TOTAL: 11
```