**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re: <br>     RENEE M PITRELLI <br><br> Debtor(s) | Case No. 12-21058JAD |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 03/01/2012.

2)  The plan was confirmed on 04/19/2012.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 06/10/2013.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 04/26/2017.

5)  The case was completed on 06/01/2017.

6)  Number of months from filing to last payment: 63.

7)  Number of months case was pending: 68.

8)  Total value of assets abandoned by court order: NA .

9)  Total value of assets exempted: $9,175.00.

10) Amount of unsecured claims discharged without payment: $115,533.38.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $54,490.17 |
| Less amount refunded to debtor | $601.04 |

**NET RECEIPTS:** $53,889.13

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,700.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,934.97 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,634.97

Attorney fees paid and disclosed by debtor:   $1,000.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANTAGE ASSETS II INC | Unsecured | 1,231.00 | 1,426.39 | 1,426.39 | 32.05 | 0.00 |
| ALLIED ADJUSTORS | Unsecured | 39.00 | 279.00 | 279.00 | 6.27 | 0.00 |
| ALLIED ADJUSTORS INC | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| ALLIED ADJUSTORS INC | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 1,443.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 860.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 442.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 363.00 | NA | NA | 0.00 | 0.00 |
| BEAVER COUNTY TAX CLAIM BURE | Secured | 2,000.00 | 1,175.60 | 0.00 | 0.00 | 0.00 |
| BEAVER COUNTY TAX CLAIM BURE | Secured | 0.00 | 98.46 | 0.00 | 0.00 | 0.00 |
| BEAVER COUNTY TAX CLAIM BURE | Secured | 0.00 | 1,183.66 | 0.00 | 0.00 | 0.00 |
| BEAVER COUNTY TAX CLAIM BURE | Secured | 0.00 | 1,292.49 | 0.00 | 0.00 | 0.00 |
| CAINE AND WEINER++ | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK NA** | Unsecured | 12,952.00 | 13,093.24 | 13,093.24 | 294.19 | 0.00 |
| CAVALRY PORTFOLIO SERVICES LLC | Unsecured | 14,269.00 | 14,489.65 | 14,489.65 | 325.56 | 0.00 |
| CITIMORTGAGE(*) | Unsecured | 49,950.00 | 43,647.31 | 43,647.31 | 980.69 | 0.00 |
| CLERK, U S BANKRUPTCY COURT | Priority | NA | NA | 3.09 | 3.09 | 0.00 |
| CORTRUST BANK | Unsecured | 509.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 279.00 | 278.76 | 278.76 | 6.26 | 0.00 |
| FIDELITY PROPERTIES | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| FNB CONSUMER DISCOUNT CO** | Secured | 3,070.00 | NA | NA | 0.00 | 0.00 |
| FNB CONSUMER DISCOUNT CO** | Unsecured | 855.00 | NA | NA | 0.00 | 0.00 |
| GINNYS | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| GREEN TREE | Secured | 0.00 | 11,044.86 | 11,044.86 | 11,044.86 | 0.00 |
| GREEN TREE | Secured | 61,541.00 | 68,989.04 | 0.00 | 34,793.68 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | NA | 322.25 | 322.25 | 7.24 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 624.00 | 624.21 | 624.21 | 14.03 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 672.00 | 213.87 | 213.87 | 4.81 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 407.00 | 338.64 | 338.64 | 7.61 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 624.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 378.00 | 378.85 | 378.85 | 8.51 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 1,327.00 | 1,077.21 | 1,077.21 | 24.20 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 822.00 | 392.50 | 392.50 | 8.82 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 797.00 | 484.42 | 484.42 | 10.88 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,142.00 | 1,143.53 | 1,143.53 | 25.70 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,033.00 | 1,034.39 | 1,034.39 | 23.24 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 11,535.00 | 9,717.46 | 9,717.46 | 218.33 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 168.00 | 229.34 | 229.34 | 5.15 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 123.00 | 123.77 | 123.77 | 2.78 | 0.00 |
| MIDLAND FUNDING LLC BY AMERIC | Unsecured | NA | 161.76 | 161.76 | 3.63 | 0.00 |
| MIDLAND FUNDING LLC BY AMERIC | Unsecured | NA | 123.16 | 123.16 | 2.77 | 0.00 |
| MIDNIGHT VELVET | Unsecured | 282.00 | 282.81 | 282.81 | 6.35 | 0.00 |
| NATIONAL SERVICE BUREAU++ | Unsecured | 1,825.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)++ | Unsecured | 962.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)++ | Unsecured | 147.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)++ | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL IV LLC | Unsecured | 7,336.00 | 7,336.57 | 7,336.57 | 164.84 | 0.00 |
| OAK HARBOR CAPITAL IV LLC | Unsecured | 4,649.00 | 4,649.08 | 4,649.08 | 104.45 | 0.00 |
| PENN CREDIT CORP | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| PITTSBURGH CENTRAL FCU** | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE BANK* | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 2,097.00 | 2,097.18 | 2,097.18 | 47.12 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 1,342.00 | 1,237.11 | 1,237.11 | 27.80 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 797.00 | 797.74 | 797.74 | 17.93 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 576.00 | 575.54 | 575.54 | 12.93 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 438.00 | 438.02 | 438.02 | 9.84 | 0.00 |
| RJM ACQUISITIONS LLC*++ | Unsecured | NA | 57.88 | 57.88 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC*++ | Unsecured | 79.00 | 79.72 | 79.72 | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | NA | 380.55 | 380.55 | 8.55 | 0.00 |
| TRS RECOVERY SVCS | Unsecured | 333.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $34,793.68 | $0.00 |
| Mortgage Arrearage | $11,044.86 | $11,044.86 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,044.86** | **$45,838.54** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3.09 | $3.09 | $0.00 |
| **TOTAL PRIORITY:** | **$3.09** | **$3.09** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$107,511.91** | **$2,412.53** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $5,634.97 |
| Disbursements to Creditors | $48,254.16 |
| **TOTAL DISBURSEMENTS** : | **$53,889.13** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/17/2017        By: /s/ Ronda J. Winnecour
                                                   Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**